IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EPIFANIO AND IRMA N. GOMEZ<br>    Plaintiffs | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 7:16-cv-00406<br>JURY DEMANDED |
| SUSSEX INSURANCE COMPANY,<br>PALOMAR SPECIALTY INSURANCE<br>COMPANY AND WELLINGTON<br>INSURANCE COMPANY<br>    Defendants | §<br>§<br>§<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFFS

Plaintiffs and Defendants Sussex Insurance Company, Palomar Specialty Insurance Company and Wellington Insurance Company file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiffs are Epifanio Gomez and Irma N. Gomez, Defendants are Sussex Insurance Company, Palomar Specialty Insurance Company and Wellington Insurance Company.

2. On June 6, 2016, Plaintiffs sued Defendants in the County Court at Law Number 1, Hidalgo County, Texas, Cause No. CL-16-2428-A.  On July 11, 2016, Sussex Insurance Company, Palomar Specialty Insurance Company and Wellington Insurance Company filed its Original Answer.  On July 13, 2016, Sussex Insurance Company and Palomar Specialty Insurance Company filed its Notice of Removal.

3. On or about October 7, 2016, the parties settled this case.  As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled.  Plaintiffs now move to dismiss the suit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiffs have not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/Thomas F. Nye
Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
Attorney-in-charge
tnye@gnqlawyers.com
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001

**ATTORNEYS FOR DEFENDANTS, SUSSEX INSURANCE COMPANY, PALOMAR SPECIALTY INSURANCE COMPANY AND WELLINGTON INSURANCE COMPANY**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Mikell A. West
State Bar No. 24070832
Southern Dist. No. 1563058
mwest@gnqlawyers.com

By:    */s/A. Andre Maldonado\**

A. Andre Maldonado
State Bar No. 24092750
209 East University Drive
Edinburg, Texas 78539
Telephone:  (956) 381-4600
Telecopier:  (956) 381-4160
maldonadolaw@yahoo.com

**COUNSEL FOR PLAINTIFFS,**
**EPIFANIO AND IRMA N. GOMEZ**
*\*Signed with permission*

## CERTIFICATE OF SERVICE

     I certify that on November 29, 2016 a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiffs, Epifanio and Irma N. Gomez, via electronic filing or regular mail:

A. Andre Maldonado
Law Office of Andre Maldonado
Email: maldonadolaw@yahoo.com


**VIA E-FILING**

    /s/Thomas F. Nye
Thomas F. Nye