United States District Court
Southern District of Texas

**ENTERED**
November 30, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EPIFANIO AND IRMA N. GOMEZ § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 7:16-cv-00406 |
| § | JURY DEMANDED |
| SUSSEX INSURANCE COMPANY, § | |
| PALOMAR SPECIALTY INSURANCE § | |
| COMPANY AND WELLINGTON § | |
| INSURANCE COMPANY § | |
| § | |
| Defendants | |

## ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal for Plaintiffs Epifanio and Irma N. Gomez, the Court

**GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

SO ORDERED this 29th day of November, at McAllen, Texas.

_____
United States District Judge